IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MOHAN N. HARWANI, M.D., )
)
        Plaintiff, )
)
  v. )
) 1:21-cv-522
THE MOSES H. CONE MEMORIAL )
HOSPITAL OPERATING CORPORATION )
dba Cone Health Moses Cone )
Hospital dba Moses Cone )
Hospital, and JONATHAN J. )
BERRY, M.D., )
)
        Defendants. )

## ORDER

This matter is before the court for review of the Memorandum Opinion and Recommendation ("Recommendation") filed on March 27, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 174.) In the Recommendation, the Magistrate Judge recommends that Defendants' Motion for Summary Judgment be granted, and that this case be dismissed with prejudice. The Recommendation was served on the parties on March 27, 2025. (Doc. 175). Plaintiff filed timely objections. (Doc. 178.) Defendants responded. (Doc. 181.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 174), is **ADOPTED. IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 133), is **GRANTED** and this action is **DISMISSED WITH PREJUDICE.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 22nd day of May, 2025.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:21-cv-00522-WO-JEP    Document 184    Filed 05/23/25    Page 2 of 2